An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

IN THE SUPREME COURT OF THE STATE OF NEVADA

IN THE MATTER OF THE
RESIGNATION OF TINA M. TRAN,
BAR NO. 7195.

No. 65133

**FILED**

JUN 20 2014

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY_____
CHIEF DEPUTY CLERK

## *ORDER GRANTING PETITION FOR RESIGNATION*

This is a joint petition by the State Bar of Nevada and attorney Tina M. Tran for her resignation from the Nevada bar.

SCR 98(5) provides that Nevada attorneys who are not actively practicing law in this state may resign from the state bar if certain conditions are met. The petition includes statements from state bar staff confirming that no disciplinary, fee dispute arbitration, or client security fund matters are pending against Tran; and that she is current on all membership fee payments and other financial commitments relating to her practice of law in this state. *See* SCR 98(5)(a)(1)-(2).

Bar counsel has recommended that the resignation be approved, and the Board of Governors has approved the application for resignation. *See* SCR 98(5)(a)(2). Tran acknowledges that her resignation is irrevocable and that the state bar retains continuing jurisdiction with respect to matters involving a past member's conduct prior to resignation. *See* SCR 98(5)(c)-(d). Finally, Tran has submitted an affidavit of compliance with SCR 115. *See* SCR 98(5)(e).

SUPREME COURT
OF
NEVADA

(O) 1947A

14-20383

The petition satisfies the requirements of SCR 98(5). Accordingly, we approve attorney Tina M. Tran's resignation. SCR 98(5)(a)(2). The petition is hereby granted.[1]

It is so ORDERED.

_____, C.J.
Gibbons

_____, J.      _____, J.
Pickering                        Hardesty

_____, J.      _____, J.
Parraguirre                      Douglas

_____, J.      _____, J.
Cherry                           Saitta

cc:     David A. Clark, Bar Counsel
        Kimberly K. Farmer, Executive Director, State Bar of Nevada
        Tina M. Tran
        Perry Thompson, Admissions Office, United States Supreme Court

---

[1]We note that while the resignation petition was pending, Tran was suspended from the practice of law for failure to comply with continuing legal education requirements. *In re Continuing Legal Education (CLE)*, Docket No. 63647 (Order Dismissing Petition as to Certain Respondent Attorneys and Granting Petition as to Certain Respondent Attorneys, April 10, 2014). In light of Tran's application for resignation predating her noncompliance with CLE requirements and her otherwise complying with all requirements for resignation, we will take no further action regarding her lack of CLE compliance.